# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

ALLEN OLDCROFT, )
)
    Plaintiff, )
)
v. ) No. 4:12-CV-66-DDN
)
MISSOURI BOARD OF PROBATION )
AND PAROLE, et al., )
)
    Defendants. )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this   10th   Day of April, 2012.

                                                /s/Jean C. Hamilton
                                                UNITED STATES DISTRICT JUDGE